
LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-07428-BRO (FFMx) | Date | March 29, 2016 |
|---|---|---|---|
| Title | JAQUAIN SMITH V. COUNTY OF LOS ANGELES | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Defendant Deputy Thomas Smith's ("Defendant") Motion for Terminating Sanction and/or Involuntary Dismissal, or in the alternative, Motion for Evidentiary Sanctions and Issue Sanctions (hereinafter, "Motion"). (Dkt. No. 30.) On February 24, 2016, this Court deemed Defendant's Motion filed, and ordered that Plaintiff JaQuain Smith's ("Plaintiff") opposition to Defendant's Motion would be due March 14, 2016. (Dkt. No. 29.) To date, Plaintiff has filed no opposition to Defendant's Motion.

Plaintiff, proceeding pro se in this matter, is currently incarcerated. Nonetheless, "[p]ersons appearing pro se are bound by" the Central District of California's Local Rules. C.D. Cal. L.R. 1-3. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why the Court should not grant Defendant's Motion. **Both (1) Plaintiff's response to this Order and (2) Plaintiff's opposition to Defendant's Motion, if any, shall be filed by no later than Friday, April 8, 2016, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose. **Plaintiff's failure to file an opposition by this deadline may result in the granting of Defendant's Motion.**

Defendant's reply in support of his Motion, if any, shall be filed **no later than 4:00 p.m. on Monday, April 18, 2016**. To the extent the Court requires a hearing on this matter, the Court **CONTINUES** the hearing to **1:30 p.m. on Monday, April 25, 2016**.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | rf |